UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEAN PETERSEN dba PETERSEN CONSTRUCTION SERVICES, a California citizen,<br><br>　　　　　Defendant. | No. 2:15-cv-01096<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; FED. R. CIV. P. 4(M) NOTICE** |

　　　　Plaintiff was issued an Order to Show Cause ("OSC") on August 20, 2015, for failing to file a status report, to which Plaintiff's counsel responded. (See ECF Nos. 7, 8.)

　　　　Although Plaintiff's counsel's response to the OSC indicates Plaintiff's counsel could be sanctioned, the undersigned judge will not impose a sanction this time. Therefore, Plaintiff's request for a hearing on the OSC is unnecessary, and no hearing is scheduled.

　　　　Further, in light of Plaintiff's service representations in its Ex Parte Application of Time to Serve Process, (ECF No. 9), Plaintiff is granted an extension under Federal Rule of Civil Procedure ("Rule") 4(m) to effectuate service on Defendant until and including October 16, 2015. Plaintiff is notified under Rule 4(m) that failure to serve

1

Defendant with process by October 16, 2015, may result in the action being dismissed for failure of service and/or prosecution. To avoid dismissal, on or before October 19, 2015, Plaintiff shall file proof of service of process or a filing providing sufficient explanation why service was not completed within the extended service period.

Dated:   September 1, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge